```
                         United States Bankruptcy Court
                            District of Puerto Rico
In re:                                                            Case No. 19-01041-BKT
LUIS JAVIER VAZQUEZ URQUIA                                        Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: figueroac              Page 1 of 1                  Date Rcvd: Jun 10, 2020
                              Form ID: pdf002              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
db        +LUIS JAVIER VAZQUEZ URQUIA,    PO BOX 366494,    SAN JUAN, PR 00936-6494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
              ALEJANDRO   OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA
               aorecf@ch13sju.com
              JUAN B. SOTO BALBAS    on behalf of Creditor    MIDFIRST BANK jsotobalbas@gmail.com
              LYSSETTE A MORALES VIDAL    on behalf of Debtor LUIS JAVIER VAZQUEZ URQUIA
               lamoraleslawoffice@gmail.com, irma.lamorales@gmail.com
              MIRIAM D SALWEN ACOSTA    on behalf of Trustee ALEJANDRO   OLIVERAS RIVERA aorecf@ch13sju.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              ROBERTO   ROMAN VALENTIN    romanchpt7@gmail.com, rroman@ecf.axosfs.com
              UNITED STATES TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: LUIS JAVIER VAZQUEZ URQUIA
**Case Number**: 19-01041-BKT7  **Chapter:** 7
**Date / Time / Room**: 06/09/2020 09:00 am
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter / ECR**: EDNA SANABRIA

### Matter:

Final Hearing on Motion for Relief From Stay Under 362 [e] filed by MIDFIRST BANK Collateral: MORTGAGE. Post-Petition Arrears: $4,595.50 (docket #78) and debtor's reply (docket #87) and amended reply (docket #95)

### Appearances:

LYSSETTE A MORALES VIDAL FOR DEBTOR
JUAN B. SOTO BALBAS FOR MOVANT

### Proceedings and ORDER:

In accordance with what was stated by the parties, the movant is allowed thirty (30) days to submit an updated status report of the debtor's mortgage account and copy of mortgage modification rejection letter sent to the debtor. Once filed, the court will review the same and issue its ruling on the motion for relief from stay.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge