IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>LUIS JAVIER VAZQUEZ URQUIA<br>DEBTOR | CASE NO.  19-01041-BKT<br><br>CHAPTER 7 |
| MIDFIRST BANK<br>MOVANT<br><br>V.<br><br>LUIS JAVIER VAZQUEZ URQUIA;<br>ROBERTO ROMAN VALENTIN,<br>TRUSTEE.<br><br>RESPONDENTS | |

### MOTION IN COMPLIANCE WITH COURT'S ORDER

TO THE HONORABLE COURT:

COMES NOW Movant, **MIDFIRST BANK ("MFB")**, through the undersigned attorney, and very respectfully alleges, states and prays:

1. On June 9, 2020, a hearing on the Motion to Lift the Stay was held. The court ordered movant to submit a copy of the mortgage modification rejection letter sent to debtor and an updated status report of debtor's mortgage account. Once reviewed by the Court, a Ruling on the Motion for Relief from Stay will be issued.

2. In compliance with said Order, movant submits rejection letter to debtor, Luis J. Vazquez, dated June 4, 2020 and sent to debtor's postal address. The reason for the rejection is Title-lien issue. Exhibit I.

1

3. In movant's Motion for Relief form Stay (Docket # 78), paragraph or averment #5, are mentioned all IRS junior liens and admitted by debtor in his amended answer (Docket #95).

4. Also, movant is submitting an updated status report of debtor mortgage account dated June 24, 2020. Exhibit II

**WHEREFORE**, it is respectfully requested from this Honorable Court take notice of the above mentioned in compliance with the Court's June 9, 2020 Order.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a copy of the *Motion in Compliance with Court's Order* was electronically filed by Movant, MidFrist Bank, using the CM/ECF system, which will send notification to debtor's attorney, Lysette A. Morales Vidal, Esq., Roberto Román Valentín, Esq., Chapter 7 Trustee, and to other parties which have made an electronic appearance in this case.

In Guaynabo, Puerto Rico on this 9th day of July 2020.

**JUAN B. SOTO LAW OFFICES, P.S.C**
1353 Luis Vigoreaux Ave.
PMB 270
Guaynabo, Puerto Rico 00966
TEL.: (787) 273-0611
CEL.: (787) 370-6197
E-mail: jsoto@jbsblaw.com

/s/ Juan B. Soto Balbás
USDC-PR 130305