

# Midland Mortgage
*A Division of MidFirst Bank*

P.O. Box 26648 • Oklahoma City, OK 73126
Tel: 405.426.1400 • Fax: 405.767.5924

| Loan Number | 55813444 |
|---|---|
| Mortgagor | LUIS J VAZQUEZ |
| Case # | 19-01041-7 |
| Date | 6/24/2020 |
| Prepared By | |
| Teller # | 587 |

| Transaction Date | Transaction Amount | Reference Number | Post Petition Date | Agreed Order Date | Transaction Type | Fee Detail | Transaction Detail | Suspense Amount |
|---|---|---|---|---|---|---|---|---|
| 4/30/2019 | 760.00 | 9061 | 3/1/2019 | | PAYMENT | | 736.80 | - |
| 4/30/2019 | | | | | SUSPENSE | | 23.20 | 23.20 |
| 5/22/2019 | 762.00 | | | | SUSPENSE | | 762.00 | 785.20 |
| 5/29/2019 | (736.80) | | | | SUSPENSE | | (736.80) | 48.40 |
| 5/29/2019 | 736.80 | | 4/1/2019 | | PAYMENT | | 736.80 | 48.40 |
| 6/4/2019 | (23.20) | | | | SUSPENSE | | (23.20) | 25.20 |
| 6/5/2019 | 740.00 | | | | SUSPENSE | | 740.00 | 765.20 |
| 6/5/2019 | (760.81) | | | | SUSPENSE | | (760.81) | 4.39 |
| 6/5/2019 | 760.81 | | 5/1/2019 | | PAYMENT | | 760.81 | 4.39 |
| 7/10/2019 | 801.00 | | 6/1/2019 | | PAYMENT | | 40.19 | 44.58 |
| 7/10/2019 | | | | | SUSPENSE | | 760.81 | 4.39 |
| 8/21/2019 | 801.00 | | 7/1/2019 | | PAYMENT | | 40.19 | 44.58 |
| 8/21/2019 | | | | | SUSPENSE | | 760.81 | 44.58 |
| 8/26/2019 | | | | | SUSPENSE | FUNDS MOVED TO PRE* | 40.19 | 84.77 |
| | | | | CASE CONVERTED 08/26/19 TO CH7, CONTRACTUAL DUE DATE 05/01/19 | | | | |
| 9/16/2019 | 23.20 | | | | SUSPENSE | MOVED BACK FROM PRE | 23.20 | 107.97 |
| 10/3/2019 | 750.00 | | | | SUSPENSE | | 750.00 | 857.97 |
| 10/4/2019 | (736.80) | | | | SUSPENSE | | (736.80) | 121.17 |
| 10/4/2019 | 738.80 | | | | SUSPENSE | | 736.80 | 121.17 |
| 11/14/2019 | 750.00 | | 5/1/2019 | | PAYMENT | | 750.00 | 871.17 |
| 11/15/2019 | (760.81) | | | | SUSPENSE | | (760.81) | 110.36 |
| 11/15/2019 | 760.81 | | 6/1/2019 | | PAYMENT | | 760.81 | 110.36 |
| 3/5/2020 | 596.48 | | | | SUSPENSE | APPLIED TO TBKT | 596.48 | 706.84 |
| 4/1/2020 | 596.48 | | | | SUSPENSE | APPLIED TO TBKT | 596.48 | 1,303.32 |
| 4/3/2020 | (760.81) | | | | SUSPENSE | | (760.81) | 542.51 |
| 4/3/2020 | 760.81 | | 7/1/2019 | | PAYMENT | 1st trial mod payment | 760.81 | 542.51 |
| 4/30/2020 | 596.48 | | | | SUSPENSE | | 596.48 | 1,138.99 |
| 6/1/2020 | (760.81) | | | | SUSPENSE | APPLIED TO TBKT | (760.81) | 378.18 |

| Loan Number | 55813444 | | | | |
|---|---|---|---|---|---|
| 6/1/2020 | 760.81 | 8/1/2019 | PAYMENT | 2nd trial mod payment | 760.81 | 378.18 |
| 6/17/2020 | 596.48 | | SUSPENSE | | 596.48 | 974.66 |
| 6/23/2020 | (760.81) | | SUSPENSE | | (760.81) | 213.85 |
| 6/23/2020 | 760.81 | 9/1/2019 | PAYMENT | | 760.81 | 213.85 |
| Next Post-Petition Due Date | Conversion Date | 10/1/2019 | | | | |
| BKR Chapter 7 | 8/26/2019 | | | | | |