## Annual Production Comparison

Date: 03/23/2020

Username : LUISVAZQ0

Display Report By: Facility

| Month | | 2018 | | 2019 | | 2020 | |
|---|---|---|---|---|---|---|---|
| | | Charge | Payment | Charge | Payment | Charge | Payment |
| **CLINICAL VISUAL VILLALBA** | January | 0.00 | 0.00 | 0.00 | 0.00 | 144.50 | 144.50 |
| | February | 0.00 | 0.00 | 0.00 | 0.00 | 704.00 | 44.00 |
| | March | 0.00 | 0.00 | 0.00 | 0.00 | 285.00 | 0.00 |
| | April | 0.00 | 0.00 | 191.10 | 191.10 | 0.00 | 0.00 |
| | May | 0.00 | 0.00 | 305.85 | 305.85 | 0.00 | 0.00 |
| | June | 0.00 | 0.00 | 598.70 | 598.70 | 0.00 | 0.00 |
| | July | 0.00 | 0.00 | 603.00 | 603.00 | 0.00 | 0.00 |
| | August | 0.00 | 0.00 | 497.95 | 497.95 | 0.00 | 0.00 |
| | September | 0.00 | 0.00 | 137.60 | 137.60 | 0.00 | 0.00 |
| | October | 0.00 | 0.00 | 263.60 | 263.60 | 0.00 | 0.00 |
| | November | 0.00 | 0.00 | 334.00 | 334.00 | 0.00 | 0.00 |
| | December | 0.00 | 0.00 | 756.05 | 756.05 | 0.00 | 0.00 |
| | **BP Total** | **$0.00** | **$0.00** | **$3,687.85** | **$3,687.85** | **$1,133.50** | **$188.50** |
| **Office** | January | 7952.53 | 5009.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| | February | 8802.56 | 7941.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| | March | 1818.80 | 1808.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| | April | 3459.42 | 3367.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| | May | 30.25 | 30.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | June | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | July | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | August | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | September | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | October | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | November | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | December | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **BP Total** | **$22,063.56** | **$18,156.55** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **OFFICE CO** | January | 0.00 | 0.00 | 254.20 | 254.20 | 0.00 | 0.00 |
| | February | 0.00 | 0.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| | March | 0.00 | 0.00 | 226.15 | 226.15 | 0.00 | 0.00 |
| | April | 0.00 | 0.00 | 163.40 | 163.40 | 0.00 | 0.00 |
| | May | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | June | 230.00 | 230.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| | July | 265.00 | 265.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | August | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | September | 1260.50 | 1260.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | October | 316.00 | 316.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | November | 155.00 | 155.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Annual Production Comparison

Date: 03/23/2020

Username : LUISVAZQ0

Display Report By: Facility

| Month | | 2018 | | 2019 | | 2020 | |
|---|---|---:|---:|---:|---:|---:|---:|
| | | Charge | Payment | Charge | Payment | Charge | Payment |
| **OFFICE CO** | December | 533.80 | 533.80 | 561.25 | 217.25 | 0.00 | 0.00 |
| | **BP Total** | **$2,910.30** | **$2,910.30** | **$1,655.00** | **$1,311.00** | **$0.00** | **$0.00** |
| **SAMS CLUB HATILLO** | January | 0.00 | 0.00 | 127.25 | 127.25 | 0.00 | 0.00 |
| | February | 0.00 | 0.00 | 99.50 | 99.50 | 0.00 | 0.00 |
| | March | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | April | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | May | 193.50 | 153.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | June | 90.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | July | 259.65 | 194.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| | August | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | September | 219.20 | 219.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| | October | 173.25 | 173.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | November | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | December | 228.25 | 228.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **BP Total** | **$1,203.85** | **$1,098.85** | **$226.75** | **$226.75** | **$0.00** | **$0.00** |
| | **Grand Total** | **$26,177.71** | **$22,165.70** | **$5,569.60** | **$5,225.60** | **$1,133.50** | **$188.50** |

# Production vs Payment - Summary

User : LUISVAZQ0

Creation Date From: 02/01/2018 To: 02/29/2020

| Creation Month | Claims | Usual Charge | Billed | Payer Pymt. | Adj. | Pay. Diff. | Private | Patient Pymt. | Pat. Diff | %Paid | %Vol |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Billing Office/Provider : VAZQUEZ URQUIA,LUIS  J** | | | | | | | | | | | |
| **Provider : VAZQUEZ URQUIA, LUIS J** | | | | | | | | | | | |
| 01/2019 January-2019 | 7 | 0.00 | 538.25 | 538.25 | 0.00 | 0.00 | 22.00 | 22.00 | 0.00 | 100.00% | 1.94% |
| 01/2020 January-2020 | 24 | 0.00 | 1,268.40 | 923.56 | 0.84 | 344.00 | 0.00 | 0.00 | 0.00 | 72.81% | 4.58% |
| 02/2018 February-2018 | 93 | 0.00 | 10,417.46 | 6,742.20 | 0.00 | 3,675.26 | 135.85 | 82.45 | 53.40 | 64.72% | 37.61% |
| 02/2019 February-2019 | 5 | 0.00 | 449.50 | 449.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 1.62% |
| 02/2020 February-2020 | 18 | 0.00 | 772.40 | 111.98 | 0.42 | 660.00 | 0.00 | 0.00 | 0.00 | 14.50% | 2.79% |
| 03/2018 March-2018 | 46 | 0.00 | 2,715.20 | 2,715.20 | 0.00 | 0.00 | 64.10 | 40.75 | 23.35 | 100.00% | 9.80% |
| 03/2019 March-2019 | 4 | 0.00 | 199.05 | 199.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.72% |
| 04/2018 April-2018 | 29 | 0.00 | 1,893.15 | 1,893.15 | 0.00 | 0.00 | 67.25 | 57.25 | 10.00 | 100.00% | 6.84% |
| 04/2019 April-2019 | 9 | 0.00 | 381.60 | 381.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 1.38% |
| 05/2018 May-2018 | 61 | 0.00 | 2,272.77 | 2,150.75 | 0.00 | 122.02 | 0.00 | 0.00 | 0.00 | 94.63% | 8.21% |
| 05/2019 May-2019 | 4 | 0.00 | 134.05 | 134.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.48% |
| 06/2018 June-2018 | 12 | 0.00 | 630.00 | 630.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 2.27% |
| 06/2019 June-2019 | 25 | 0.00 | 870.50 | 870.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 3.14% |
| 07/2018 July-2018 | 9 | 0.00 | 437.25 | 437.25 | 0.00 | 0.00 | 49.75 | 49.75 | 0.00 | 100.00% | 1.58% |
| 07/2019 July-2019 | 10 | 0.00 | 335.20 | 335.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 1.21% |
| 08/2018 August-2018 | 4 | 0.00 | 167.65 | 102.65 | 0.00 | 65.00 | 0.00 | 0.00 | 0.00 | 61.23% | 0.61% |
| 08/2019 August-2019 | 23 | 0.00 | 765.75 | 764.07 | 1.68 | 0.00 | 0.00 | 0.00 | 0.00 | 99.78% | 2.76% |
| 09/2018 September-2018 | 10 | 0.00 | 1,367.70 | 1,367.70 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 | 100.00% | 4.94% |
| 09/2019 September-2019 | 4 | 0.00 | 103.20 | 103.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.37% |
| 10/2018 October-2018 | 11 | 0.00 | 583.75 | 583.75 | 0.00 | 0.00 | 7.50 | 7.50 | 0.00 | 100.00% | 2.11% |
| 10/2019 October-2019 | 6 | 0.00 | 219.60 | 218.76 | 0.84 | 0.00 | 0.00 | 0.00 | 0.00 | 99.62% | 0.79% |
| 11/2018 November-2018 | 2 | 0.00 | 155.00 | 155.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.56% |
| 11/2019 November-2019 | 12 | 0.00 | 412.40 | 411.98 | 0.42 | 0.00 | 0.00 | 0.00 | 0.00 | 99.90% | 1.49% |
| 12/2018 December-2018 | 7 | 0.00 | 480.50 | 480.50 | 0.00 | 0.00 | 102.75 | 102.75 | 0.00 | 100.00% | 1.73% |
| 12/2019 December-2019 | 3 | 0.00 | 125.00 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.45% |
| **Sub Total By Provider :** | 438 | 0.00 | 27,695.33 | 22,824.85 | 4.20 | 4,866.28 | 459.20 | 372.45 | 86.75 | | |
| **Sub Total By Office :** | 438 | 0.00 | 27,695.33 | 22,824.85 | 4.20 | 4,866.28 | 459.20 | 372.45 | 86.75 | | |
| **Grand Total :** | **438** | **$0.00** | **$27,695.33** | **$22,824.85** | **$4.20** | **$4,866.28** | **$459.20** | **$372.45** | **$86.75** | | |

| ClaimID | ServiceDate | ClaimStatus | Software | Billing_NPI_Name | Charges |
|---|---|---|---|---|---|
| 598630340 | 20201012 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630340 | 20201012 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630339 | 20201019 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630339 | 20201019 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630338 | 20201021 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630338 | 20201021 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630350 | 20201028 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630350 | 20201028 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630349 | 20201102 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630349 | 20201102 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630348 | 20201102 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630348 | 20201102 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630347 | 20201102 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630347 | 20201102 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630345 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630345 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630344 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630344 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630342 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630342 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630343 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630343 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630341 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630341 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 598630346 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 598630346 | 20201104 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600157666 | 20201111 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600157666 | 20201111 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600157665 | 20201111 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600157665 | 20201111 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600144641 | 20201116 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600144641 | 20201116 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600157667 | 20201123 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600157667 | 20201123 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600448998 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600448998 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600448994 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600448994 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600448995 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 19.00 |
| 600448995 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600449000 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600449000 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600448999 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600448999 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600449001 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |
| 600449001 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 23.00 |
| 600448996 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ 21.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 600448996 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 600448997 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 600448997 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 600449002 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 600449002 | 20201125 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 601185221 | 20201202 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 601185221 | 20201202 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 601185219 | 20201202 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 601185219 | 20201202 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 601423550 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 601423550 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 601423550 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 100.00 |
| 601185220 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 601185220 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 601185217 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 601185217 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 601185218 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 601185218 | 20201205 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 602487882 | 20201207 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 30.00 |
| 602487882 | 20201207 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 35.00 |
| 601423549 | 20201207 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 601423549 | 20201207 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 601423551 | 20201207 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 601423551 | 20201207 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 602487884 | 20201209 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 602487884 | 20201209 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 602487885 | 20201209 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 602487885 | 20201209 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 602487886 | 20201209 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 602487886 | 20201209 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 602487883 | 20201209 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 602487883 | 20201209 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 602487887 | 20201216 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 602487887 | 20201216 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 602773447 | 20201221 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 30.00 |
| 602773447 | 20201221 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 35.00 |
| 602773446 | 20201221 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 602773446 | 20201221 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 602932121 | 20201223 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 602932121 | 20201223 | Paid | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 603479943 | 20201230 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 603479943 | 20201230 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 603479944 | 20201230 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 603479944 | 20201230 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 603479945 | 20201230 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 603479945 | 20201230 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 603479946 | 20201228 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 603479946 | 20201228 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 603479947 | 20201228 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 603479947 | 20201228 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 604462464 | 20210111 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 604462464 | 20210111 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 604462465 | 20210111 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 604462465 | 20210111 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 604462466 | 20210111 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 604462466 | 20210111 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 604462467 | 20210104 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 19.00 |
| 604462467 | 20210104 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 604464335 | 20210104 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 604464335 | 20210104 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 605148175 | 20210118 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 19.00 |
| 605148175 | 20210118 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 605148176 | 20210113 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 605148176 | 20210113 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 605148177 | 20210113 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 605148177 | 20210113 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 605148178 | 20210113 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 605148178 | 20210113 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 605148179 | 20210113 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 605148179 | 20210113 | Received | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 606895586 | 20210127 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 606895586 | 20210127 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 606895587 | 20210127 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 606895587 | 20210127 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 607720704 | 20210215 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 607720704 | 20210215 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 607720705 | 20210215 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 607720705 | 20210215 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 607972300 | 20210218 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 607972300 | 20210218 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 607972303 | 20210217 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 607972303 | 20210217 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 607972306 | 20210217 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 607972306 | 20210217 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 607972315 | 20210218 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 607972315 | 20210218 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 608250005 | 20210223 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 608250005 | 20210223 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 608250007 | 20210223 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 608250007 | 20210223 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 608290753 | 20210223 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 608290753 | 20210223 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 608295986 | 20210224 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 608295986 | 20210224 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 608295987 | 20210224 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 608295987 | 20210224 | Ack. Received/Accepted | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 608500337 | 20210225 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 608500337 | 20210225 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |
| 608500338 | 20210223 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 21.00 |
| 608500338 | 20210223 | Received for Proc. | Secure Claim | LUIS VAZQUEZ URQUIA | $ | 23.00 |

**Total** $ **3,348.00**