```
IN THE UNITED STATES BANKRUPTCY COURT FOR
         THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>LUIS JAVIER VAZQUEZ URQUIA<br><br>xx-xx-3248<br><br>Debtor(s) | CASE NO. 19-01041-MCF<br>Chapter 7<br><br><br><br>FILED & ENTERED ON MAR/24/2021 |

ORDER AND NOTICE

A hearing is hereby scheduled for June 9, 2021, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov; to consider the following:

1- MOTION TO DISMISS CASE WITH BAR TO RE-FILE OF TWO YEARS UNDER §707(a) FILED BY UNITED STATES TRUSTEE (DOCKET #170).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of March, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge